B6C (Official Form 6C) (4/13)

In re **Andrea A. Bullock**, Case No. **15-18435**
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Debtor's Residence** <br> **Location: 1163 Overington Street, Philadelphia PA 19124** | 11 U.S.C. § 522(d)(1) | 17,880.00 | 80,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Pre-paid Card** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** <br> **Misc. Household Goods and Furnishings.** <br> **Location: 1163 Overington Street, Philadelphia PA 19124** | 11 U.S.C. § 522(d)(3) | 5,500.00 | 5,500.00 |
| **Wearing Apparel** <br> **Clothing worn by Debtor.** <br> **Location: 1163 Overington Street, Philadelphia PA 19124** | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| **Furs and Jewelry** <br> **Misc. Jewelry worn by Debtor.** | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> **Personal injury claim against an auto manufacturer for damages.** <br> **Debtor's attorney's contact info:** <br> **VIANNI P. LOPEZ, ESQ.** <br> **5847 San Felipe Street | Suite 4550 | Houston, TX 77057** <br> **vianni@settlement-alliance.com** <br> **713-893-6508** <br> **fax 832- 645-7507** | 11 U.S.C. § 522(d)(11)(D) | 22,975.00 | 356,438.69 |
| | Total: | 48,555.00 | 444,138.69 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt