# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|   Andrea Bullock | : | |
|         Debtor | : | Case. No.: 15-18435-amc |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Document Number 19, Chapter 13 Plan - Amended, which was filed by Counsel for Debtor on July 14, 2016 in error.

.

                Respectfully submitted,

                /s/ *Christian A. DiCicco, Esquire*
                Christian A. DiCicco, Esquire
                Law Offices of Christian A. DiCicco, LLC
                2008 Chestnut Street
                Philadelphia, PA 19103
                (ph.) 215-564-6812
                Counsel for Debtor

**Dated:** August 16, 2016