UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|   Andrea Bullock | : | |
|       Debtor | : | Case. No.: 15-18435-amc |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Document Number 17, Amended Schedule B, and Document Number 18, Amended Schedule C, which were filed by Counsel for Debtor on July 14, 2016 in error.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated:** August 16, 2016