## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrea A. Bullock fka Andrea A. Walker<br>                    Debtor | |
| | CHAPTER 13 |
| MidFirst Bank<br>                    Movant | |
|         vs. | |
| Andrea A. Bullock fka Andrea A. Walker<br>                    Debtor | NO. 15-18435 AMC |
| William C. Miller Esq.<br>                    Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about **February 1, 2016, docket entry #11**.

                                                                                Respectfully submitted,

                                                                                **/s/ Joshua I. Goldman, Esquire**
                                                                                Joshua I. Goldman, Esquire
                                                                                Attorneys for Movant/Applicant
                                                                                KML Law Group, P.C.
                                                                                Main Number: (215) 627-1322

September 1, 2016