**IN THE UNITED STATES BANKRUPTCY COURT**
**FORTHE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    Andrea Bullock | : | |
| | : | Case. No.: 15-18435-amc |
|    Debtor(s) | : | |

**PRAECIPE FOR ADDENDUM**
**TO AMEND DEBTOR'S CHAPTER 13 PLAN**

Please allow for this Addendum to amend Docket Entry #24 made on August 31, 2016, Second Amended Chapter 13 Plan, in order to correct an error made in the Paragraph #5, "Amount of Default to be Cured" for Midland Mortgage Company/Mid First Bank (Claim #3a). The correct amount should read: **$16,322.46.**

Respectfully submitted,

Dated: September 13, 2016

By:/s/ Christian A. DiCicco
Christian A. DiCicco, Esquire
2008 Chestnut Street
Philadelphia, PA 19103
(215) 564-6812
cdicicco@myphillybankruptcylawyer.com
Attorney for Debtor