# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREA A. BULLOCK | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18435-AMC |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $512.00 which was paid by the Debtor pre-petition,** to the extent provided for in the Confirmed Plan

Dated: **December 5, 2016**

_____
**HONORABLE ASHELY M. CHAN**
United States Bankruptcy Judge

cc:    Christian A. DiCicco, Esquire
       Law Offices of Christian A. DiCicco, LLC
       2008 Chestnut Street
       Philadelphia, PA 19103

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106-0119

Andrea A. Bullock
1163 Overington Street
Philadelphia, PA 19124