December 15, 2016

# INITIAL CLOSING STATEMENT

| | | |
|---|---|---|
| Claimant Name: | Bullock, Andrea | Claimant ID #: 15▮▮I100162 |
| Address: | 1163 Overington St. | |
| City, State, Zip: | Philadelphia, PA 19124 | |

**SETTLEMENT ALLOCATION:** $356,438.69

**INITIAL PROPOR. SHARE OF ADMIN. COSTS ACCOUNT:** $11,155.03

**TOTAL GROSS SETTLEMENT AMOUNT:** $367,593.72

**ATTORNEYS' FEES**
Contingency Fee Contract**:**          **40.00%** of Total Gross

**Detailed Accounting by Law Firm:**
| | | |
|---|---|---|
| Court-Ordered Common Benefit Fee Assessment | 2.00% of Total Gross | $7,351.87 |
| Hilliard Muñoz Gonzales L.L.P. | 14.25% of Total Gross | $52,382.10 |
| Thomas J. Henry Injury Attorneys | 14.25% of Total Gross | $52,382.10 |
| Pulaski Law Firm | 9.50% of Total Gross | $34,921.40 |
| | **Total Attorneys' Fees** | **($147,037.49)** |

**FINALIZED MEDICAL LIENS**
| | |
|---|---|
| PA Medicaid | ($804.79) |
| **Total Medical Liens** | **($804.79)** |

| | |
|---|---|
| Court Ordered Common Benefit Cost Assessment - 1% of Total Gross | **($3,675.94)** |
| Initial Proportional Share of General Settlement Admin Costs | **($11,155.03)** |
| Cash Advance to Claimant | **(-)** |

The Settlement Alliance ▪ 5847 San Felipe Street ▪ Suite 4550 ▪ Houston, TX 77057 ▪ (800) 683-4872

**Bullock, Andrea**
**Page 1**

| **CASE EXPENSES ADVANCED BY LAW FIRMS**\*\* | |
|---|---:|
| Case-specific Expenses | |
|     Hilliard Munoz Gonzales LLP | (-) |
|     Thomas J. Henry | ($463.61) |
| | |
| General Expenses – Proportional Share of Total | |
|     Hilliard Munoz Gonzales LLP | ($633.38) |
|     Thomas J. Henry | ($254.94) |
| **Total Expenses Advanced by Law Firms** | **($1,351.93)** |

| **NET AMOUNT DUE TO CLAIMANT** | **$203,568.54** |
|---|---:|

\*\* Please contact your lawyers if you would like additional information about these Case Expenses.