# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18435-AMC

ANDREA A BULLOCK

1163 OVERINGTON STREET

PHILADELPHIA, PA 19124-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREA A BULLOCK

    1163 OVERINGTON STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 1/24/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee