## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREA A. BULLOCK | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18435-AMC |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Document Number 48, Document Number 49 and Document Number 50, which were filed by Counsel for Debtor on January 31, 2017 in error.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated:** February 1, 2017