**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREA A. BULLOCK | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18435-AMC |

**CERTIFICATION OF NO RESPONSE TO APPLICATIONS TO EMPLOY**

Christian A. DiCicco, Esquire, Counsel for Debtor, hereby certifies that:

1. On December 28, 2016, Debtor, through Counsel, filed Applications To Employ Thomas J. Henry, Esq., Robert C. Hilliard, Esq. and Adam Pulaski, Esq. to represent her in a personal injury case (Documents #38, #39 and #40) with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On February 1, 2017, copies of the Applications To Employ and the Notices of the Applications To Employ were served upon the Debtor, all creditors who filed claims and all other interested parties.

3. The period within which any creditor or interested party could object or otherwise plea has expired. As of the date of this filing, no response has been docketed or otherwise received by Counsel for Debtor.

WHEREFORE, Counsel for Debtor requests that the Orders for approval of the Applications To Employ be entered.

Respectfully submitted,

Dated: February 13, 2017

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812