## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Andrea A. Bullock,** | ) | Case No. **15-18435 AMC** |
| Debtor | ) | Chapter 13 |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL THOMAS J. HENRY, ROBERT C. HILLIARD, AND ADAM PULASKI,

The Court, having considered the Application to Employ Special Counsel Thomas J. Henry of Thomas J. Henry Injury Attorneys, Robert C. Hilliard of Hilliard, Munoz & Gonzalez and Adam Pulaski of Pulaski Law Firm (the "Firms"), *Nunc Pro Tunc*, pursuant to 11 U.S.C. § 327(e) and Rule 2014(a) of the *Federal Rules of Bankruptcy Procedure*, filed by Debtor Andrea A. Bullock, (the "Movant"), and the Affidavits of Thomas J. Henry, Robert C. Hilliard, Adam Pulaski and the Firms in support thereof, is of the opinion that the requested relief is in the best interest of the estate and its creditors; that the Firms represent no interest adverse to the estate in matters upon which they are to be engaged and are disinterested persons within the definition of 11 U.S.C § 101(14); and that the application should be approved. Accordingly, it is therefore

**ORDERED THAT:**

1. The Movant is authorized to employ the Firms as special counsel, with compensation to be paid on a 45% contingent fee basis with 15% to Thomas J. Henry Injury Attorneys, 15% to Hilliard, Munoz & Gonzalez and 10% to Pulaski Law Firm, plus reimbursement of out-of-pocket expenses.

Dated: **February 22, 2017**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE