Certificate Number: 05781-PAE-DE-028797282

Bankruptcy Case Number: 15-18435



05781-PAE-DE-028797282

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 21, 2017</u>, at <u>6:47</u> o'clock <u>PM PST</u>, <u>Andrea Bullock</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 21, 2017</u>           By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>