```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                                Case No. 15-18435-amc
Andrea A. Bullock                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 1                  Date Rcvd: Feb 22, 2017
                              Form ID: pdf900             Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Andrea A. Bullock,    1163 Overington Street,    Philadelphia, PA 19124-3134
sp             +Adam Pulaski,    Pulaski Law Firm PLLC,    2925 Richmond Ave. #1725,    Houston, TX 77098-3136
sp             +Robert C. Hilliard,    Hilliard, Munoz & Gonzales,    719 South Shoreline Blvd.,    Suite 500,
                 Corpus Christi, TX 78401-3548
sp             +Thomas J. Henry,    521 Starr St.,    Corpus Christi, TX 78401-2344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Andrea A. Bullock
               cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Andrea A. Bullock,** | ) | Case No. **15-18435 AMC** |
| Debtor | ) | Chapter 13 |

### ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL THOMAS J. HENRY, ROBERT C. HILLIARD, AND ADAM PULASKI,

The Court, having considered the Application to Employ Special Counsel Thomas J. Henry of Thomas J. Henry Injury Attorneys, Robert C. Hilliard of Hilliard, Munoz & Gonzalez and Adam Pulaski of Pulaski Law Firm (the "Firms"), *Nunc Pro Tunc*, pursuant to 11 U.S.C. § 327(e) and Rule 2014(a) of the *Federal Rules of Bankruptcy Procedure*, filed by Debtor Andrea A. Bullock, (the "Movant"), and the Affidavits of Thomas J. Henry, Robert C. Hilliard, Adam Pulaski and the Firms in support thereof, is of the opinion that the requested relief is in the best interest of the estate and its creditors; that the Firms represent no interest adverse to the estate in matters upon which they are to be engaged and are disinterested persons within the definition of 11 U.S.C § 101(14); and that the application should be approved. Accordingly, it is therefore

**ORDERED THAT:**

1. The Movant is authorized to employ the Firms as special counsel, with compensation to be paid on a 45% contingent fee basis with 15% to Thomas J. Henry Injury Attorneys, 15% to Hilliard, Munoz & Gonzalez and 10% to Pulaski Law Firm, plus reimbursement of out-of-pocket expenses.

Dated: **February 22, 2017**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE