*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrea A. Bullock
    Debtor(s)

Case No: 15–18435–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Claim # 3)

on: 6/27/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/6/17

Timothy B. McGrath
Clerk of Court

72
Form 167