United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18435-amc
Andrea A. Bullock                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2                Date Rcvd: Sep 08, 2017
                             Form ID: 138NEW          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db              +Andrea A. Bullock,    1163 Overington Street,    Philadelphia, PA 19124-3134
sp              +Adam Pulaski,    Pulaski Law Firm PLLC,    2925 Richmond Ave. #1725,    Houston, TX 77098-3136
sp              +Robert C. Hilliard,    Hilliard, Munoz & Gonzales,    719 South Shoreline Blvd.,    Suite 500,
                  Corpus Christi, TX 78401-3548
sp              +Thomas J. Henry,    521 Starr St.,    Corpus Christi, TX 78401-2344
13637290        +Capital One,    Attn: Bankruptcy,    Pob 30253,    Salt Lake City, UT 84130-0253
13637291        +Central Financial Control,    Po Box 66044,    Anaheim, CA 92816-6044
13637292        +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13637294        +Concord Svc,    4150 N. Drinkwater,    Scottsdale, AZ 85251-3643
13637295        +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
13662186        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13839859        +MidFirst Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
13653649        +MidFirst Bank,    c/o Andrew F. Gornall, Esq.,    KML Law Group, P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13637296         Midfirst Bank,    000 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6116
13637297        +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                  Oklahoma City, OK 73126-0648
13637299        +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13637300        +Philadelphia Sheriff's Office,    100 S. Broad Street, 5th Floor,    Civil Unit,
                  Philadelphia, PA 19110-1023
13637301        +Philadelphia Water Department,    1101 Market Street,    Philadelphia, PA 19107-2994
13637303        +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
13641022        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
13637304        +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13637305        +Vacation Charters Int.,    One Lake Drive,    PO Box 592,    Lake Harmony, PA 18624-0592
13637306        +Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13637307        +Wells Fargo Home Mortgage,    Written Correspondence Resolutions,
                  Mac # X 2302-04e  Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:56     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:43
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13637293         E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:56     City of Philadelphia,
                  Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                  Philadelphia, PA 19102-1595
13725859        +E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:32:56
                  CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                  1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13795987        +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Sep 09 2017 02:31:14
                  Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                  Philadelphia, PA 19103-4535
13637298        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2017 02:31:25     PECO,
                  2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13658009        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2017 02:31:25     PECO Energy Company,
                  Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13637302        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:25
                  Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
                                                                                               TOTAL: 9
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2              User: Randi                    Page 2 of 2                   Date Rcvd: Sep 08, 2017
                                  Form ID: 138NEW                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Andrea A. Bullock
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Andrea A. Bullock
       Debtor(s)

Bankruptcy No: 15−18435−amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 9/8/17

77 − 76
Form 138_new